**FILED**
CLERK, U.S. DISTRICT COURT

**July 7, 2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>              Plaintiff, )<br><br>     v. )<br><br>Christopher Johnson )<br><br>            Defendant. )<br>_____ ) | Case No.:   5:21-mj-00467-Duty<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Nevada_____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ( )    information in the Pretrial Services Report and Recommendation

    ( )    information in the violation petition and report(s)

    ( )    the defendant's nonobjection to detention at this time

    ( )    other: _____

| | |
|---|---|
| 1 | and/ or |
| 2 | B. (x) The defendant has not met his/her burden of establishing by clear and |
| 3 | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | of any other person or the community if released under 18 U.S.C. |
| 5 | § 3142(b) or (c). This finding is based on the following: |
| 6 | (x) information in the Pretrial Services Report and Recommendation |
| 7 | (x) information in the violation petition and report(s) |
| 8 | ( ) the defendant's nonobjection to detention at this time |
| 9 | ( ) other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 7, 2021

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE